STATE v. McRAE

No. 540P02

Case below: 126 N.C. App. 227

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 21 November 2002.

STATE v. MOSES

No. 574A97-2

Case below: Forsyth County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Forsyth County denied 21 November 2002.

STATE v. MURPHY

No. 487P02

Case below: 152 N.C. App. 335

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

STATE v. PHILLIPS

No. 501A02

Case below: 152 N.C. App. 679

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 21 November 2002.

STATE v. PIMENTAL

No. 538P02

Case below: 153 N.C. App. 69

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.